JOHN HAFELFINGER, Respondent, *v.* HENRY FESSLER, Appellant.

(Submitted March 19, 1888; decided April 10, 1888.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made January 11, 1886, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*Henry Bischoff, Jr.*, for appellant.

*Hugh Reavey* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

FRANK McQUADE, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued March 20, 1888; decided April 10, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 1, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion to set aside said verdict.

*Howard Townsend* for appellant.

*George B. Morris* for respondent.

Agree to affirm ; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.